Form nodschg

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Richard K Henderson and Susan J Henderson        *Case No.:* 10–81903
*Debtor*

*Chapter:* 13

---

## NOTICE OF NO DISCHARGE

*Notice is hereby provided:*

An Order was entered on **07/30/2010** denying, revoking, or waiving the discharge of the above named debtor(s).

Dated: 7/30/10

                                           Pamela C. Sherry
                                           Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.