## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard K. and Susan J. Henderson, ) | Case No. 10-81903 |
| ) | Chapter 13 |
| Debtors. ) | |

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

NOW COME the Debtors, Richard K. and Susan J. Henderson, by their attorneys HARRY M. WILLIAMS & ASSOCIATES, and for their Response to Trustee's Motion to Dismiss state as follows:

The Debtors will make arrangements to cure any default that may exist.

WHEREFORE, the Debtors requests that this Court deny the Trustee's Motion to Dismiss and grant in favor of Debtors such other and additional support as this Court deems equitable and just.

Respectfully Submitted,

Richard K. and Susan J. Henderson, Debtors

HARRY M.WILLIAMS & ASSOCIATES


By:/s/ Misty L. Wilson_____
Misty L. Wilson

## PROOF OF SERVICE

      The undersigned certifies that the above and foregoing Response to Trustee's Motion to Dismiss, together with all required papers, was served upon the parties listed below by placing same in an envelope addressed as shown below, and depositing same First Class Mail, postage prepaid in a United States mail box located at Peoria, IL or via electronic mail on September 16, 2011.

| | |
|---|---|
| Michael D. Clark<br>Chapter 13 Trustee<br>401 Main St., Suite 940<br>Peoria, IL 61602 | Office of the United States Trustee<br>401 Main St., Suite 1100<br>Peoria, IL 61602 |

Richard K. and Susan J. Henderson
415 W. Avenue C
Lewistown, IL 61542


                                            /s/ Misty L. Wilson_____
                                            Misty L. Wilson

Misty L. Wilson
Harry M. Williams & Associates
414 Hamilton Blvd., Suite 100
Peoria, IL 61602
Telephone: (309) 676-7633

JMJ\B6285\BNK1022